# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 20, 2025

Russell Tidaback
Building 1
2701 E. Grauwyler Road
Irving, TX  75061

      RE:  25-1349 MOSenecaManufacturer, LLC, et al v. MSHR, et al

Dear Petitioner:

      We have received a petition for review of an order of the Federal Mine Safety and Health Review Commission. The $600 filing fee has not been paid and is due.

      The petition has been filed under the number indicated. A copy of the petition is hereby served upon the respondent in accordance with Federal Rule of Appellate Procedure 15(c).

      Corporations and entities must be represented by an attorney. Mosenecmanufacturer LLC d/b/a American Tripoli is not represented by counsel. If no attorney enters an appearance on behalf of Mosenecmanufacturer LLC within fourteen days of the date of this letter, the entity may be dismissed as a party to this petition.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      Maureen W. Gornik
      Acting Clerk of Court

CJO

Enclosure(s)

cc:    Susannah M. Maltz
      Quinlan Braden Moll
      Laura M. O'Reilly
      Thaddeus Jason Riley
      Elaine M. Smith

      District Court/Agency Case Number(s):   CENT 2023-0251-DM

**Caption For Case Number: 25-1349**

MOSenecaManufacturer, LLC, doing business as American Tripoli; Russell Tidaback

      Petitioners

v.

Federal Mine Safety and Health Review Commission; Secretary of Labor

      Respondents

**Addresses For Case Participants: 25-1349**

Russell Tidaback
Building 1, Departme
2701 E. Grauwyler Road
Irving, TX  75061

Susannah M. Maltz
OFFICE OF THE SOLICITOR
Suite N-4428
200 Constitution Avenue N.W.
Washington, DC  20210

Quinlan Braden Moll
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
Suite 10100
2300 Main Street
Kansas City, MO  64108

Laura M. O'Reilly
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
2300 Main Street
Kansas City, MO  64108

Thaddeus Jason Riley
FEDERAL MINE SAFETY & HEALTH REVIEW COMMISSION
Office of General Counsel
Suite 520n
1331 Pennsylvania Aveneu, N.W.
Washington, DC  20004

Elaine M. Smith
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
2300 Main Street
Kansas City, MO  64108