UNITED STATES COURT OF APPEALS
FOR THE EIGHT CIRCUIT

| | |
|---|---|
| MOSENECAMANUFACTURER, LLC, DOING BUSINESS AS AMERICAN TRIPOLI | : : : : |
| Petitioner, | : : |
| v. | : : |
| SECRETARY OF LABOR, MINE SAFETY AND HEALTH ADMINISTRATION | : : : : No. 25-1349 |
| AND | : : |
| FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION | : : : |
| Respondents. | : : |

CERTIFIED INDEX TO MATERIALS COMPRISING
THE ADMINISTRATIVE RECORD FILED PURSUANT
TO RULE 17(b) OF THE FEDERAL RULES
OF APPELLATE PROCEDURE

Contents          Pages

**Docket No. CENT 2023-0251-DM**

Acting Secretary of Labor's (Secretary) Discrimination Complaint
   filed August 23, 2023 ................................................................................ 1-10

Chief ALJ's Acknowledgement Letter issued August 17, 2023 ...................... 11-12

Mosenecamanufacturer's Answer filed on September 13, 2023 ...................... 13-14

Chief ALJ's Order of Assignment issued on September 19, 2023 ................... 15-16

Secretary's Entry of Appearance filed October 5, 2023 ................................. 17-18

ALJ's Order of Assignment to Settlement Counsel issued
   October 24, 2023 ........................................................................................ 19-20

ALJ's Notice of Hearing issued December 15, 2023 ....................................... 21-22

Secretary's Entry of Appearance filed January 10, 2024 ................................. 23-24

ALJ's Subpoena of John Spears issued January 29, 2024 ............................... 25-30

ALJ's Notice of Hearing Location issued on February 8, 2024 ....................... 31-32

Secretary's Motion to Exclude Respondent's Late Disclosed Witnesses
   and Exhibits filed on February 9, 2024 ...................................................... 33-51

Mosenecamanufacturer's Opposition of Secretary's Motion to
   Exclude filed February 14, 2024 ................................................................ 52-54

Mosenecamanufacturer's Motion to Exclude Witnesses from
   the Secretary's Witness List filed February 14, 2024 ................................. 55-56

ALJ's Order Directing Respondent to Supply Exhibits issued
   February 14, 2024 ...................................................................................... 57-58

Mosenecamanufacturer's Motion to Remove Counsel for Conflict of
   Interest filed on February 14, 2024 ............................................................ 59-60

Secretary's Opposition to Motion to Exclude filed on
   February 16, 2024 ...................................................................................... 61-70

Secretary's Opposition to Motion to Remove Counsel for Conflict
   of Interest filed on February 16, 2024 ........................................................ 71-97

ALJ's Order on Secretary's Motion to Exclude and Instructions
and Procedures for Hearing issued on February 23, 2024 ........................... 98-100

ALJ's Order on Respondent's Moton to Remove Counsel
issued on February 23, 2024 ....................................................................... 101-102

ALJ's Order on Respondent's Motion to Exclude Witnesses issued
on February 23, 2024 ................................................................................... 103-104

ALJ's Subpoena of Carson Allman, Gage Wheeler, John Spears,
and Kensley Brewer issued February 23, 2024 ........................................... 105-119

Transcript of Hearing held before ALJ on February 27, 2024 ...................... 120-529

Transcript of Hearing held before ALJ on February 28, 2024 ...................... 530-935

Transcript of Hearing held before ALJ on February 29, 2024 ................... 936-1236

Secretary's Submission of Admitted Exhibits filed on
March 22, 2024 ......................................................................................... 1237-1238

**Exhibits:**

Exhibit R-A ............................................................................................... 1239-1252
Exhibit R-B ............................................................................................... 1253-1255
Exhibit R-DD ............................................................................................ 1256-1257
Exhibit R-FF.............................................................................................. 1258-1293
Exhibit P-1................................................................................................ 1294-1295
Exhibit R-EE ............................................................................................. 1296-1298
Exhibit R-H ............................................................................................... 1299-1354
Exhibit P-7........................................................................................................ 1377
Exhibit P-8........................................................................................................ 1378
Exhibit P-9........................................................................................................ 1379
Exhibit P-4................................................................................................ 1380-1381
Exhibit R-II................................................................................................ 1382-1383
Exhibit R-JJ .............................................................................................. 1384-1390
Exhibit P-2........................................................................................................ 1391
Exhibit P-10...................................................................................................... 1392

Appellate Case: 25-1349    Page: 3    Date Filed: 03/27/2025 Entry ID: 5500518

Exhibit P-14............................................................................................... 1393-1403
Exhibit P-11............................................................................................... 1404-1407
Exhibit P-12............................................................................................... 1408-1430
Exhibit P-19............................................................................................... 1431
Exhibit P-22............................................................................................... 1432-1436
Exhibit P-23............................................................................................... 1437-1452
Exhibit P-13............................................................................................... 1453-1919
Exhibit P-16............................................................................................... 1920-1965
Exhibit P-17............................................................................................... 1966-1972
Exhibit P-20............................................................................................... 1973
Exhibit P-21............................................................................................... 1974
Exhibit P-25............................................................................................... 1975-1978
Exhibit P-26............................................................................................... 1979-1984
Exhibit P-27............................................................................................... 1985-1992
Exhibit P-35............................................................................................... 1993-2002
Exhibit P-34............................................................................................... 2003-2058
Exhibit P-28............................................................................................... 2059-2088
Exhibit P-29............................................................................................... 2089-2090
Exhibit P-31............................................................................................... 2091
Exhibit P-32............................................................................................... 2092-2094
Exhibit P-38............................................................................................... 2095
Exhibit P-39............................................................................................... 2096-2131
Exhibit P-40............................................................................................... 2132
Exhibit P-41............................................................................................... 2133-2142
Exhibit P-42............................................................................................... 2143
Exhibit P-43............................................................................................... 2144-3120
Exhibit P-44............................................................................................... 3121-3228
Exhibit P-45............................................................................................... 3229-3237
Exhibit R-X ............................................................................................... 3238
Exhibit R-Y ............................................................................................... 3239
Exhibit R-Z............................................................................................... 3240-3241

Secretary's Post-Hearing Brief filed April 24, 2024................................ 3242-3303

Mosenecamanufacturer's Post-Hearing Brief filed April 24, 2024 ......... 3304-3308

Mosenecamanufacturer's Reply Brief filed May 8, 2024......................... 3309-3313

Secretary's Reply Brief filed May 8, 2024 ................................................ 3314-3321

ALJ's Decision issued May 23, 2024 ..................................................... 3322-3373

Commission Sua Sponte Direction for Review issued
　June 18, 2024 ....................................................................................... 3374-3376

Mosenecamanufacturer's Petition for Discretionary Review
　filed June 21, 2024 ............................................................................... 3377-3380

Secretary's Notice of Appearance filed June 21, 2024 ............................ 3381-3382

Mosenecamanufacturer's Motion to Stay Effect of ALJ
　Decision filed June 26, 2024 ................................................................ 3383-3386

Commission's Direction for Review issued June 27, 2024 ...................... 3387-3389

Secretary's Notice of Appearance filed July 3, 2024............................... 3390-3391

Secretary's Response to Motion to Stay filed July 8, 2024 ...................... 3392-3400

Mosenecamanufacturer's Reply to Secretary's Response to Motion
　to Stay filed July 9, 2024 ...................................................................... 3401-3405

Mosenecamanufacturer's Motion for Extension of Time filed
　July 17, 2024 ........................................................................................ 3406-3409

Commission's Order Granted Extension of Time issued
　July 23, 2024 ........................................................................................ 3410-3412

Mosenecamanufacturer's Opening Brief filed August 21, 2024 ............... 3413-3416

Commission's Order Denying Stay issued August 22, 2024..................... 3417-3427

Secretary's Motion for Extension of Time and Leave to
　Exceed Page Limit filed on September 10, 2024.................................. 3428-3431

Appellate Case: 25-1349　　Page: 5　　Date Filed: 03/27/2025 Entry ID: 5500518

Mosenecamanufacturer's Answer to Motion for Extension of Time and
  Leave to Exceed Page Limit filed on September 11, 2024 ..................... 3432-3433

Commission Order Granting Extension of Time and Leave to
  Exceed Page Limit issued on September 13, 2024 ................................ 3434-3436

Secretary's Motion for Oral Argument filed on October 29, 2024 ........... 3437-3439

Secretary's Response Brief filed on October 28, 2024 ............................. 3440-3503

Mosenecamanufacturer's Opposition to Motion for Oral Argument filed
  On October 29, 2024 ................................................................................ 3504-3506

Secretary's Amended Motion for Oral Argument filed
  on October 30, 2024 ................................................................................. 3507-3509

Mosenecamanufacturer's Motion to Cease and Desist Enforcement
  Actions Pending Final Judgement filed on November 1, 2024 .............. 3510-3515

Secretary's Response to Cease and Desist Motion filed on
  November 15, 2024 ................................................................................. 3516-3520

Susannah Maltz (Secretary) Request to View Official File filed on
  November 11, 2024 ........................................................................................ 3521

Marcus D. Reed (Secretary) Request to View Official File filed on
  November 11, 2024 ........................................................................................ 3522

Commission Order issued November 22, 2024 ........................................ 3523-3526

Mosenecamanufacturer's Notice of Contest and Request for Relief
  filed on November 27, 2024 .................................................................... 3527-3532

Exhibits:
    Exhibit A ........................................................................................................ 3533
    Exhibit E ............................................................................................... 3534-3535
    Exhibit D ....................................................................................................... 3536
    Exhibit C ............................................................................................... 3537-3554

Appellate Case: 25-1349   Page: 6   Date Filed: 03/27/2025 Entry ID: 5500518

    Exhibit B .................................................................................... 3555
    Exhibit F ................................................................................3556-3557

Mosenecamanufacturer's Signed Copy of Susannah Maltz's Request to
    View Official File filed on November 22, 2024 ............................ 3558

Commission's Show Cause Order issued on December 23, 2024 ........... 3559-3563

Mosenecamanufacturer's Response to Show Cause Order filed on
    January 9, 2025 ................................................................................ 3564-3588

Commission Dismissal Order Issued January 17, 2025 .......................... 3589-3593

Mosenecamanufacturer's Request for Reconsideration filed on
    January 19, 2025 .............................................................................. 3594-3676

Commission's Order Denying Motion for Reconsideration issued
    on February 12, 2025 ....................................................................... 3677-3680

Chief ALJ's Order of Assignment issued on March 10, 2025 ................. 3681-3682

## CERTIFICATE

I, Thaddeus Jason Riley, attorney advisor, Federal Mine Safety and Health Review Commission, hereby certify that the foregoing is a true and correct Index to Materials Comprising the Administrative Record in the captioned proceeding.

                                                /s/ Thaddeus Jason Riley
                                                Thaddeus Jason Riley