# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1349

MOSenecaManufacturer, LLC, doing business as American Tripoli

Petitioner

v.

Federal Mine Safety and Health Review Commission and Secretary of Labor

Respondents

---

Petition for Review of an Order of the Federal Mine Safety and Health Review Commission
(CENT 2023-0251-DM)

---

**ORDER**

Petitioner's motion for an extension of time to file the brief is granted in part. Petitioner may have until May 29, 2025 to file the brief and appendix.

April 08, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Susan E. Bindler