U. S. Department of Labor     Office of the Solicitor
                              Division of Mine Safety and Health
                              200 Constitution Ave., NW
                              Suite N-4428
                              Washington, DC 20210



April 21, 2025

Maureen W. Gornik, Acting Clerk of Court
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re:   *MOSenecaManufacturer, LLC, doing business as American Tripoli* v. *Federal Mine Safety and Health Review Commission and Secretary of Labor*, No. 25-1349

Dear Ms. Gornik:

Please withdraw my appearance as counsel for respondents in this case. Susannah M. Maltz remains counsel for respondents.

Sincerely,

Marcus D. Reed
Attorney
(202) 693-5486
Reed.marcus.d@dol.gov

## Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system on April 21, 2025. All parties are represented by counsel and are registered CM/ECF users.

s/ Marcus D. Reed