

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Tel: (202) 514-5432

July 2, 2026

**By CM/ECF**

Susan E. Bindler
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

> Re: *MOSenecaManufacturer LLC v. Federal Mine Safety and Health Review Commission*, No. 25-1349 (8th Cir. argued January 15, 2026)

We write in response to petitioner's citation of *Trump v. Slaughter*, No. 25-332 (U.S. June 29, 2026), which upheld the President's removal of a principal executive officer.

Petitioner here does not challenge the President's removal of any officer. Instead, petitioner—which did not raise a removal challenge before the agency, *see* Ans. Br. 21-29—seeks to set aside an agency decision based on the existence of a removal provision. That requires a showing of compensable harm that petitioner fails to satisfy. Ans. Br. 33-37 (discussing *Bhatti v. Federal Housing Finance Agency*, 97 F.4th 556 (8th Cir. 2024)). There is accordingly no need for the Court to address the constitutionality of the statute. "[R]egardless of how we answer the constitutional question presented by the removal provisions, we would be required to deny the petition because [petitioner] has not asserted any harm resulting from the allegedly unconstitutional statutes * * *. Consequently, we are constrained to avoid resolving that constitutional question in this case." *K&R Contractors, LLC v. Keene*, 86 F.4th 135, 148-49 (4th Cir. 2023).

Sincerely,

*/s/ Daniel Aguilar*
Daniel Aguilar
  Attorney, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington DC 20530

**CERTIFICATES OF COMPLIANCE AND SERVICE**

I certify that this letter contains 175 words according to the count of Microsoft Office 365, and that this is within the word limit provided by Fed. R. App. P. 28(j).

I certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Daniel Aguilar*
DANIEL AGUILAR